UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED M. COLON,<br><br>　　　　Plaintiff,<br>v.<br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 07CV1049 JAH(WMc)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On June 8, 2007, plaintiff Mildred M. Colon ("plaintiff") filed a complaint seeking review of an administrative decision denying her application for social security disability benefits along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). This Court, on June 22, 2007, denied plaintiff's motion to proceed *in forma pauperis* and directed plaintiff to either pay the $350 filing fee or submit adequate proof of her inability to pay the filing fee by July 20, 2007, and advised plaintiff that failure to do so would result in her case being dismissed without prejudice. *See* Doc. # 3. As of the date of this Order, plaintiff has neither paid the filing fee nor submitted any additional proof of her inability to pay. Accordingly, IT IS HEREBY ORDERED that the instant complaint is **DISMISSED without prejudice**.

Dated:　　　August 7, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge