# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mildred M. Colon

      **V.**          **JUDGMENT IN A CIVIL CASE**

Michael Astrue

            **CASE NUMBER:** 07CV1049-JAH(WMC)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed without prejudice.

| August 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |

ENTERED ON August 7, 2007

07CV1049-JAH(WMC)